UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

NICHOLE PULCINI,

        Plaintiff,

vs.

FRESHPOINT SOUTH FLORIDA,
INC., and NIMESH PATEL

        Defendants.
_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants FreshPoint South Florida, Inc., ("FP South Florida") and Nimesh Patel ("Patel," and together with FP South Florida, "Defendants") hereby remove this civil action from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1331 and 1441, based on federal question jurisdiction. In support of this Notice, Defendants state as follows:

**I.    STATE PROCEEDING**

1. Plaintiff Nichole Pulcini ("Pulcini" or "Plaintiff") commenced a civil action against Defendants on November 21, 2016, in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Nichole Pulcini v. FreshPoint South Florida, Inc., and Nimesh Patel*, Case No. 2016-029677-CA-01 (the "State Action"). As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants is attached as Exhibit A. A civil cover sheet is also attached. Plaintiff made a timely jury demand in the State Action.

## II. REMOVAL IS TIMELY

2. Defendant Patel was served with notice of the State Action on November 25, 2016. Defendant FP South Florida was served with notice of the State Action on November 28, 2016. Defendants file this notice of removal within thirty (30) days of receiving Plaintiff's Complaint, making removal timely under 28 U.S.C. § 1446(b).

## III. FEDERAL QUESTION JURISDICTION

3. Removal of this civil action is proper under 28 U.S.C. § 1441. The district courts of the United States have original jurisdiction because Plaintiff's suit involves a federal question. 28 U.S.C. § 1331. Specifically, Plaintiff's Complaint alleges that FP South Florida violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* See Plaintiff's Complaint, ¶¶ 62-76. Accordingly, since Plaintiff's Complaint expressly asserts a federal question, this suit could have originally been filed in federal court. Therefore, removal of this action is proper under 28 U.S.C. §§ 1331 and 1441.

4. Plaintiff's Complaint also asserts claims against Defendants alleging violations of state law. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's state law claims because all of her claims stem from her employment with FP South Florida and form part of the same case or controversy.

## IV. NOTICE TO STATE COURT AND OPPOSING PARTY

5. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through her counsel of record. A copy of the Notice of Removal will be filed with the Clerk of Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

## V. CONSENT OF ALL DEFENDANTS TO REMOVAL

6. FP South Florida and Patel consent to this removal.

## VI.   CONCLUSION

7.   Defendants respectfully request that this Court exercise its jurisdiction over this action, and enter such further orders and grant such further relief as may be necessary to secure removal herein and to prevent further proceedings in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and further seek all other relief to which they are justly entitled.

Respectfully submitted,

*/s/ Chad K. Lang*
Chad K. Lang, Esq.
Florida Bar No. 156922
E-mail: ckl@lgplaw.com
LIEBLER GONZALEZ & PORTUONDO
44 West Flagler Street
Courthouse Tower, 25th Floor
Miami, FL  33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

Peter J. Stuhldreher*
Texas Bar No. 24056393
pstuhldreher@reedsmith.com
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

*Motion for Admission Pro Hac Vice to be filed*

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Chad K. Lang*
Chad K. Lang, Esq.

## SERVICE LIST

A. Andrew OBeidy, Esq.
OBEIDY & ASSOCIATES, P.A.
115 Northeast 3rd Avenue, Suite 708
Fort Lauderdale, Florida 33301
Telephone: (305) 892-5454
Telephone: (954) 530-6953
Andrew@obdlegal.com

(via CM/ECF)