UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.   16-25200-CIV-ALTONAGA/O'Sullivan

**NICHOLE PULCINI**,

     Plaintiff,

v.

**FRESHPOINT SOUTH FLORIDA, INC.**, *et al.*,

     Defendants.

_____/

## ORDER OF REMAND

**THIS CAUSE** came before the Court upon the Defendants' Notice of Withdrawal of Notice of Removal ("Notice") [ECF No. 7], filed on December 20, 2016.  The Court having reviewed the Notice, and being advised that the parties are in agreement to the remand of this case to the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, it is

**ORDERED AND ADJUDGED** that this matter is **REMANDED** to the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, case number 2016-029677-CA-01, each party to bear its own fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record